GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BEVERLY HANLEY-WARD,

    Plaintiff,

vs.

TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CLARITY SERVICES, INC. and BACKGROUNDCHECKS.COM LLC,

    Defendants.

Case No. 2:25-cv-00022-DJA

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**

**FIRST REQUEST**

    Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from February 6, 2025 through and including **March 10, 2025**. The request was made by Equifax so that it can have an opportunity

//

//

1  to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff
2  approves. This stipulation is filed in good faith and not intended to cause delay.
3      Respectfully submitted, this -th day of February, 2025.

5  CLARK HILL PLLC

    <u>**No opposition**</u>

6  By: /s/ Gia N. Marina
7  Gia N. Marina
   Nevada Bar No. 15276
8  1700 South Pavilion Center Drive, Suite 500
   Las Vegas, Nevada  89135
9  Telephone:  (702) 862-8300
   Facsimile:  (702) 778-9709
10 Email: gmarina@clarkhill.com
   *Attorney for Defendant Equifax Information*
11 *Services LLC*

   /s/ Gerardo Avalos
   George Haines, Esq.
   Nevada Bar No. 9411
   Gerardo Avalos, Esq.
   Nevada Bar No. 15171
   FREEDOM LAW GROUP
   8985 S. Eastern Ave., Suite 350
   Henderson, NV 89123
   Phone: (702) 880-5554
   Fax: (702) 385-5518
   Email: ghaines@freedomlegalteam.com
   Email: gavalos@freedomlegalteam.com

   *Attorneys for Plaintiff*

16 IT IS SO ORDERED:

18 _____
   United States Magistrate Judge

20 DATED: 2/4/2025

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this -th day of February, 2025, via CM/ECF, upon all counsel of record:

By: /s/ Gia N. Marian
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
Email: gmarina@clarkhill.com