GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*National Consumer Telecom & Utilities Exchange, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY HANLEY-WARD,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CLARITY SERVICES, INC. and BACKGROUNDCHECKS.COM LLC,<br><br>Defendants. | Case No. 2:25-cv-00022-DJA<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from February 10, 2025 through and

/ /

/ /

1  including **March 12, 2025**.  The request was made by NCTUE so that it can have an opportunity
2  to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff
3  approves.  This stipulation is filed in good faith and not intended to cause delay.
4      Respectfully submitted, this 3rd day of February, 2025.

6  CLARK HILL PLLC

7  By: /s/*Gia N. Marina*
   Gia N, Marina
8  1700 South Pavilion Center Drive, Suite 500
   Las Vegas, Nevada  89135
9  Telephone:  (702) 862-8300
   Facsimile:  (702) 778-9709
10 Email: gmarina@clarkhill.com
11 *Attorney for Defendant National Consumer
   Telecom & Utilities Exchange, Inc.*

**_No opposition_**
 /s/ Gerardo Avalos
George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos
Nevada Bar No. 15171
FREEDOM LAW GROUP
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: ghaines@freedomlegalteam.com
Email: gavalos@freedomlegalteam.com

*Attorneys for Plaintiff*

19 IT IS SO ORDERED:

   _____
21 United States Magistrate Judge

22 DATED:  2/4/2025

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 3rd day of February, 2025, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
Gia N. Marina
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
Email: gmarina@clarkhill.com